# United States District Court
## Southern District of Texas

### Exemplification Certificate

I, Nathan Ochsner, Clerk of Court of the United States Court for the Southern District of Texas, keeper of the records and seal, certify that the attached document filed in case number 4:16-cv-01129 is a true copy from the records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at Houston, Texas, on May 15, 2024.

Nathan Ochsner, Clerk of Court

By: _____
Deputy Clerk

I, **Sim Lake**, a Judicial Officer of this Court, certify that Nathan Ochsner was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and this certificate and the attestation of the records, in accord with the law of the United States.

May 16, 2024
Date

_____
United States District Judge

I, Nathan Ochsner, Clerk of Court of the United States Courts for the Southern District of Texas, keeper of the records and seal, certify that the Honorable Diana Saldaña was on the date noted, a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's signature and know and certify the signature is the Judicial Officer's.

In testimony whereof I sign my name and affix the seal of this Court, in this Court, in this District, at Houston, Texas, on May 20, 2024.

Nathan Ochsner, Clerk of Court

By: _____
Deputy Clerk